IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV444

| | | |
|---|---|---|
| WAKISHA DAVIS, | ) | |
|         Plaintiff, | ) | ORDER |
| v. | ) | |
| | ) | |
| SIGNATURE TRANSPORTATION, *et al,* | ) | |
|         Defendants. | ) | |

**THIS MATTER** is before the Court on its own motion. A review of the record reveals that in March 2007, Defendant Signature Transportation Services, filed Chapter 7 bankruptcy proceedings in the U.S. Bankruptcy Court, Western District of North Carolina, Charlotte Division, Case Number 07-30347. While no action has been taken in recognition of the automatic stay imposed, a stay was never ordered by this Court. As Defendant's Chapter 7 proceedings are ongoing, the undersigned will issue a stay in the above-captioned civil action and administratively close the case pending further notice from the parties. **IT IS, THEREFORE, ORDERED** that the above-captioned civil action is hereby **STAYED** pending further notice from the parties.

**IT IS FURTHER ORDERED** that the Clerk of Court is to remove this action as a statistically pending matter as outlined in Volume XI, Chapter V of the *Guide to Judiciary Policies and Procedures.* Plaintiff is advised that if relief is still sought from this Court at the conclusion of Defendant's bankruptcy proceedings, a motion requesting that the case should be reopened should be submitted.

Signed: March 28, 2007

Graham C. Mullen
United States District Judge